ACCEPTED
02-17-00313-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/13/2017 11:13 AM
DEBRA SPISAK
CLERK

No. 02-17-00313-CV

IN THE COURT OF APPEALS
FOR THE SECOND JUDICIAL DISTRICT
FORT WORTH, TEXAS

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/13/2017 11:13:56 AM
DEBRA SPISAK
Clerk

_____

*THOMAS FLORENCE,*
Plaintiff-Appellant,
v.
*K. ROLLINGS, et al.*
Defendants-Appellees.

_____

On Appeal from the 78th Judicial District Court
Wichita County, Texas
Trial Court Cause No. 186,279-B

_____

**APPELLEES K. ROLLINGS AND A. FRANCO'S
MOTION FOR EXTENSION OF TIME
TO FILE APPELLEES' BRIEF**

---

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant
Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for
Defense Litigation

**\*Counsel of Record**

**LACEY E. MASE**
Assistant Attorney General
Chief, Law Enforcement Defense
Division

**\*AMBER MCKEON-MUELLER**
Assistant Attorney General
Texas Bar No. 24088027
Office of the Attorney General
Post Office Box 12548
Austin, Texas  78711-2548
(512) 463-2080 / (512) 370-8914
amber.mckeon-mueller@oag.texas.gov

**TO THE HONORABLE JUDGES OF THIS COURT OF APPEALS:**

Under the authority of Texas Rules of Appellate Procedure 10.5(b)(1) and 38.6(d), Appellees, K. Rollings and A. Franco, move for an extension of time to file Appellees' Brief in the above styled and numbered case.

I.

Appellees' brief is currently due on December 18, 2017. This is the first extension sought by Appellees in this appeal. Appellees, K. Rollings and A. Franco, seek a 30-day extension of time to file its brief, to and including January 17, 2018. Counsel for Appellees was in trial on the date that Appellant Florence filed his brief. Counsel for Appellees is in trial beginning on December 13, 2017. Within the 30 days between now and January 17, 2018, counsel for Appellee has another appellate brief due, two motions for summary judgment due, and vacation planned for the holidays. An extension is requested so that counsel may have adequate time to review the clerk's and reporter's records, her own records, Appellant's brief, and file a thorough brief, thereby preserving judicial economy. Therefore, Appellees respectfully requests a 30-day extension to file Appellees' brief.

Therefore, Appellees respectfully pray the Court extends the deadline for the filing of Appellees' Brief to and including January 17, 2018.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Defense
Litigation

**LACEY E. MASE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Amber McKeon-Mueller
**AMBER McKEON-MUELLER**
Assistant Attorney General
Attorney-in-Charge
Texas Bar No. 24088027
amber.mckeon-mueller@oag.texas.gov

Office of the Attorney General
Post Office Box 12548
Austin, Texas  78711-2548
(512) 463-2080 / (512) 370-9814

**ATTORNEYS FOR APPELLEES**

## CERTIFICATE OF CONFERENCE

I, Amber McKeon-Mueller, am unable to confer with Appellant Florence, who is an incarcerated individual.

/s/ Amber McKeon-Mueller
**AMBER McKEON-MUELLER**
Assistant Attorney General

3

## CERTIFICATE OF SERVICE

I, Amber McKeon-Mueller, certify that a true and correct copy of the above and foregoing **Appellees K. Rollings and A. Franco's Motion for Extension of Time** has been served by placing same in the United States Postal Service, postage prepaid, on December 13, 2017, addressed to:

**Thomas Florence**
TDCJ-CID #01729344
James V. Allred Unit
2101 FM 369 North
Iowa Park, TX 76367

/s/ Amber McKeon-Mueller
**AMBER McKEON-MUELLER**
Assistant Attorney General